UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lorence Smith

    v.                                     Case No. 20-cv-475-SE

FCI Berlin, Warden


ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 8, 2022 (doc. no. 11). . For the reasons explained therein, Smith's amended petition (doc. nos. 1, 10) is dismissed.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Smith's action is dismissed in its entirety. The clerk of court shall enter judgment and close the case.

SO ORDERED.

                                                              *SDElliott*
                                                     _____
                                                     Samantha D. Elliott
                                                     United States District Judge

Date: June 28, 2022

cc:    Lorence Smith, pro se
       Counsel of Record